UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TIA HUNT | ) | CIVIL ACTION NO. |
| | ) | 5:12-CV-232-D |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO DISMISS** |
| | ) | **PURSUANT TO SETTLEMENT** |
| vs. | ) | |
| | ) | |
| THE MARSHALL LAW FIRM, P.A. | ) | |
| AND THE MOSES H. CONE | ) | |
| MEMORIAL HOSPITAL | ) | |
| OPERATING CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice, without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED this 16th day of August, 2012.

| | |
|---|---|
| For Plaintiff, | For Defendant *The Marshall Law Firm, P.A.,* |
| s/ Holly E. Dowd | s/ David S. Coats |
| Weisberg & Meyers, LLC | Baliey & Dixon , L.L.P. |

For Defendant *The Moses H. Cone Memorial Hospital Operating Corporation,*
s/William R. Forstner
Smith Moore Leatherwood, LLP

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012, I electronically filed the foregoing Stipulation for Dismissal with the Clerk of District Court, using the electronic case filing system of the court. Copy of the foregoing was served on counsel of record below via the court's CM/ECF system on this 16th day of August, 2012.

William R. Forstner
Smith Moore Leatherwood LLP
434 Fayetteville Street
Two Hannover Square
Suite 2800
Raleigh NC 27601

And

Mr. David S. Coats
Baliey & Dixon , L.L.P.
P.O. Box 1351
Raleigh North Carolina 27602

/s/ Holly E. Dowd
Holly E. Dowd (N.C. Bar No. 37533)
Weisberg & Meyers, LLC
409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@attorneysforconsumers.com
ATTORNEYS FOR PLAINTIFF